UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEONARD BRANDT,

Plaintiff,

v.

MIT DEVELOPMENT CORPORATION,
HOME DIAGNOSTICS INC. and
GEORGE H. HOLLEY,

Defendants.

CIVIL NO. 01-5 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: January 5, 2001

JOHN M. MASON
United States Magistrate Judge

Filed JAN 05 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Susan R. Nelson.

NEW CASE NUMBER 01-5 RHK/SRN

Use this case number for all further filings.