STATE OF MINNESOTA — OTHER CIVIL DISTRICT COURT

COUNTY OF HENNEPIN — FOURTH JUDICIAL DISTRICT

LEONARD BRANDT,

Plaintiff,

v.

MIT DEVELOPMENT CORPORATION, HOME DIAGNOSTICS, INC., and GEORGE H. HOLLEY,

Defendants.

Court File No. 01-5 RHK/~~JMM~~ SRN

**STIPULATION AND ORDER EXTENDING DEFENDANTS TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated by the parties, through their respective counsel of record, that defendants may have an extension of time to and including January 26, 2001 to move, answer or otherwise respond to plaintiffs' Complaint.

Dated: January 8, 2001

LINDQUIST AND VENNUM P.L.L.P.

By ______________________
Terrence J. Fleming, Esq. #128983
Kim Ruckdaschel-Haley, Esq. #221831
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: 612-371-3211

Attorneys for Plaintiff

FILED JAN 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: January 5, 2001

DORSEY & WHITNEY LLP

By [signature]
Perry M. Wilson, III #12302X
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-340-8722

Attorneys for Defendants

**ORDER**

The above matter came on before the undersigned Magistrate Judge on the stipulation of the parties reflected above. Based on the stipulation, it is hereby ordered that the time for defendants to move, answer or otherwise respond to plaintiff's Complaint shall be extended to and including January 26, 2001.

Dated: January 10, 2001

[signature]
~~John M. Mason~~ Susan Richard Nelson
Magistrate Judge
United States District Court