UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEONARD BRANDT,

Plaintiff,

v.

MIT DEVELOPMENT CORPORATION, HOME DIAGNOSTICS, INC., and GEORGE H. HOLLEY,

Defendants.

Court File No. 01-5 RHK/SRN

**STIPULATION AND ORDER REGARDING DISCOVERY AND BRIEFING OF JURISDICTIONAL ISSUES**

The parties, by and through their undersigned counsel, agree and stipulate as follows:

1. Plaintiff shall take discovery limited to the issues of whether the Court has personal jurisdiction over defendants, and the change of venue motion, until April 23, 2001.

2. Plaintiffs' discovery related to the jurisdictional and venue issues shall be limited to the following:

A. The deposition of defendant George H. Holley in New York, New York at a time and place to be agreed upon by the parties;

B. The deposition of defendant Home Diagnostics, Inc., which includes as a result of merger defendant MIT Development Corporation, which deposition shall be taken in New York, New York, on notice issued by plaintiff pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure;

MAR 13 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

C. Plaintiffs served requests for production of documents and interrogatories on February 3, 2001. Plaintiff has agreed to attempt to obtain the information requested in these discovery requests relating to personal jurisdiction and change of venue issues through the depositions referenced in paragraph 2.A-B above. If plaintiff is able to do so no further responses to the document requests and interrogatories will be required. Defendants reserve their objections to plaintiff's interrogatories and document requests. If after the depositions plaintiff believes additional discovery is necessary on jurisdictional issues, plaintiff shall specify the particular document requests and interrogatories for which responses are requested, by written notice to the defendants. Defendants will respond, in writing as to what additional discovery will be voluntarily provided. Defendants shall respond to these agreed requests in a reasonably expedited manner. Disputes will be resolved as provided in the Federal Rules of Civil Procedure.

3. Questions asked at the depositions discussed above shall be limited to issues of personal jurisdiction over defendants, the change of venue motion, and shall not be repeated in the event of discovery on the merits.

4. Plaintiff Leonard Brandt's response to Defendants' Motion to Dismiss shall be served on or before April 24, 2001.

5. Defendants' reply brief in support of their Motion to Dismiss shall be served on or before May 1, 2001. Defendants will thereafter file all motion papers related to their Motion to Dismiss in accordance with Local Rule 7.1(b)(2)(D).

Dated: March 9, 2001

LINDQUIST & VENNUM P.L.L.P.

By ______________________

Terrence J. Fleming (#128983)
Kim Rucksdaschel-Haley (#221831)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211
**Attorneys for Plaintiff**

Dated: March 8, 2001

DORSEY & WHITNEY LLP

By ______________________

Perry M. Wilson, III (#12302X)
S. Steven Prince (#287696)
Pillsbury Center South, Suite 1500
220 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-340-8722
**Attorneys for Defendants**

**ORDER**

Upon the reading and filing of the foregoing Stipulation of the parties and the Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that the provisions of the foregoing Stipulation of the parties are hereby made and adopted as the Order of this Court.

BY THE COURT

Dated: March 12, 2001

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge